IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00030-EWN-PAC

CAUGHT FISH ENTERPRISES, LLC., a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation,

      Plaintiff(s),

v.

E & V Inc., an Arkansas corporation, and
MARK VERKAMP, an individual,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** the Stipulated Motion to Vacate March 2, 2006 Scheduling Conference and Re-Set for March 13, 2006 [filed February 9, 2006; Doc. No. 9] is **GRANTED** as follows:

      The Scheduling Conference set for March 2, 2006 is *vacated and reset* to **March 13, 2006 at 9:00 a.m.**  The proposed Scheduling Order is due on or before **March 8, 2006.**

      Counsel are reminded that the dispositive motions deadline in this case will not be extended.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 13, 2006