IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00030-EWN-PAC

CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation,

    Plaintiffs,

v.

E & V, INC., an Arkansas corporation, and
MARK VERKAMP, an individual,

    Defendants.

## ORDER

Patricia A. Coan, Magistrate Judge

    THIS MATTER, coming before the Court upon the parties' Stipulated Motion to Amend Scheduling Order ("Motion"), Doc. # 20, and the Court being fully advised in the premises, and finding good cause hereby

    **ORDERS** that the Parties' Motion, Doc. # 20 is GRANTED.  Accordingly, the March 13, 2006 Scheduling Order is amended as follows:

    Plaintiffs' Statement of Alleged Infringed Claim and Proposed Claim Construction is due on or before **May 1, 2006**.

    Defendants' Statement of Alleged Infringed Claim and Proposed Claim Construction is due on or before **May 18, 2006**.

    Joint Submission of Claim Interpretation Issues is due on or before **May 26, 2006**.

Simultaneous submission of Opening Markman Briefs is due on or before **June 23, 2006**.

Simultaneous submission of Markman Response Briefs is due on or before **July 23, 2006**.

Dated this 21st day of March, 2006.

                    BY THE COURT
                    <u>S/Patricia A. Coan</u>
                    Patricia A. Coan
                    United States Magistrate Judge